In the Interest of T.T.M. J–H, L.M. N.H., and P.A.Q.J., Plaintiffs,

Juvenile Officer and Division of Family Services, Respondents,

v.

A.D.J. (Mother), Appellant,

D.H. (Father), Defendant,

Terron BEVERLY, Defendant.

Nos. WD 62697–WD 62699.

Missouri Court of Appeals, Western District.

Dec. 2, 2003.

Pamela Lambert, Columbia, MO, Attorney and Guardian for TTM, J–H, PAQJ, LM–NY.

Linda Gayle Harris, Columbia, MO, for appellant ADJ.

Melissa McAllister, Columbia, MO, for respondent Juvenile Officer.

Christena L. Nelson, Hallsville, MO, for defendant D.H.

Gary L. Gardner, Jefferson City, MO, for respondent MO Div. of Family Services.

Before HOWARD, P.J.,
LOWENSTEIN and SMART, JJ.

### ORDER

PER CURIAM.

Appellant's parental rights were terminated to her three children under chapter 211. The petition alleged three grounds, including that the children had been in foster care for fifteen of the previous twenty-two months, Section 211.447.2(1), which was established by the evidence and the trial court found termination was in the best interests of the children. Affirmed. Rule 84.16(b).